

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2024

No. 04-24-00031-CV

**IN RE** Rene L. **MADRIGAL,** Relator

Original Mandamus Proceeding[1]

### ORDER

In this original proceeding, relator Rene L. Madrigal asserts that the trial court abused its discretion by granting real party in interest Alberto Tijerina's motion for a new trial. We agree and conclude that the trial court abused its discretion by substituting its judgment for that of the jury and granting a new trial. We therefore conditionally grant the petition for writ of mandamus and direct the trial court to vacate its order granting a new trial. The writ of mandamus will issue only if the trial court fails to comply within ten days of the date of this opinion and order.

It is so **ORDERED** on July 10, 2024.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2024.

_Luz Estrada_
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2018CVA001882D1, styled *Alberto Tijerina v. Rene L. Madrigal,* pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.